TIMOTHY P. TAFT ET AL. *v.* WHEELABRATOR PUTNAM, INC., ET AL.

The defendant zoning commission of the town of Putnam's petition for certification for appeal from the Appellate Court, 55 Conn. App. 359 (AC 18064), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the legislature's validating act could not cure a zoning commission's late publication of notice of its decision on a zoning application?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16242.

*Michael A. Zizka,* in support of the petition.

*Ernest J. Cotnoir,* in opposition.

Decided January 19, 2000